FILED

05/04/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0586

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. DA 22–0586

STEVE BARRETT, et al., Plaintiffs and Appellees,

v.

STATE OF MONTANA, by and through the Office of the Attorney General,
Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Defendant's motion for a 30-day extension of time, and good cause appearing therefore, Defendant is granted an extension of time to and including June 7, 2023, within which to prepare, serve, and file its Reply/Cross-Appeal Answer Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 4 2023